Company against Catharine M. Lally, Lavinia Lally, and Emilie L. Lally. No opinion. Order reversed, with $10 costs and disbursements, and motion for stay of preceedings granted, with costs, but without prejudice to the right of the respondent to move for a vacation, if the equity action brought by the appellants is not prosecuted with due diligence.

NEW YORK MORTG. & SEC. CO. v. CONCOURSE PARK HOTEL CO. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by the New York Mortgage & Security Company against the Concourse Park Hotel Company. No opinion. Motion denied.

NIAGARA MFG. BLDG., Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by the Niagara Manufacturing Building, a domestic corporation, against the city of Buffalo. No opinion. Judgment affirmed, with costs.

NICHOLS, Respondent, v. CITY OF NEW ROCHELLE, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by John A. C. Nichols against the city of New Rochelle.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., adheres to the dissent expressed by him in 105 App. Div. 77, 93 N. Y. Supp. 796.

NORTH, Appellant, v. NORTH, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Rosa North against Samuel North. No opinion. Judgment affirmed, without costs.

NOWAK, Appellant, v. BARKAS, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by David Nowak against Mendel Barkas. No opinion. Judgment of the Municipal Court affirmed, with costs.

NUSSBAUM, Appellant, v. BROOKLYN FERRY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Abraham Nussbaum against the Brooklyn Ferry Company of New York.

PER CURIAM. Order of the County Court of Kings county, setting aside the verdict and granting a new trial, affirmed, without costs.

HOOKER, J., votes to restore the verdict.

OAKES, Respondent, v. MEYER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Jane Oakes, as executrix, against Arthur L. Meyer and another. J. Offenbach, for appellants. H. V. M. Dennis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

OATMAN, Respondent, v. WATROUS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Rachel E. Oatman against Harry W. Watrous and others. D. P. Cobb, for appellants. R. L. Cutting, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

O'CONNOR v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Francis J. O'Connor against the city of New York. No opinion. Motion denied.

O'CONNOR, Appellant, v. WORTMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Jessie O'Connor against Frederick John Wortman, Susan B. Wilson, and Frank Bauman, Barbara Stimmel, individually and as executrix, etc., and Jacob Seibert, Jr., as executor, etc., of Francis Bauman, deceased. No opinion. Judgment affirmed, without costs.

O'LEARY v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Thomas O'Leary against the Interurban Street Railroad Company. No opinion. Motion denied, with $10 costs.

OLSEN, Appellant, v. HENDERSON, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Andrew Olsen against Mary Dawson Henderson.

PER CURIAM. Judgment and order of the County Court of Kings county affirmed, with costs.

MILLER, J., votes to reduce the amount of the recovery to the sum of $100.

ONDERDONK, Appellant, v. PEALE, PEACOCK & KERR, Inc., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by George W. Onderdonk against Peale, Peacock & Kerr, incorporated. No opinion. Order affirmed, with $10 costs and disbursements.

O'NEIL, Respondent, v. CITY OF YONKERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by George O'Neil against the city of Yonkers. No opinion. Order of the City Court of Yonkers unanimously affirmed, with costs.

OPPENHEIMER, Appellant, v. McNAMARA et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Lee Oppenheimer, as trustee in bankruptcy of the estate of John McNamara, a bankrupt, against John McNamara and Michael McNamara. No opinion. Judgment unanimously affirmed, with costs.

O'REILLY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Mary A. O'Reilly, as administratrix, etc., of Peter F. O'Reilly, deceased, against the Brooklyn Heights